239 So.2d 166

**STATE of Louisiana ex rel. Richard CHOAT and Walter A. Pedan**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 50744.

July 30, 1970.

Writs refused. The showing made in the application is insufficient to warrant the exercise of our original or supervisory jurisdiction.

239 So.2d 166

**STATE of Louisiana**

v.

**Juanita ALLUMS.**

No. 50760.

July 30, 1970.

The application is denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

BARHAM, J., is of the opinion that the writ should be granted. See State v. Wells, 253 La. 925, 221 So.2d 50, also dissent in State v. Lampkin, 253 La. 337, 218 So.2d 289, also Augilar v. Texas, 378 U.S. 108, 84 S.Ct. 1509, 12 L.Ed.2d 723, also Art. 1 Sec. 7 La. Constitution.